UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Motanga E. Obia,<br><br>      Petitioner,<br><br>v.<br><br>J.P. Morgan Chase & Co. et al.,<br><br>      Respondent. | Case Number 19-cv-02340-BAH |

**CORPORATE DISCLOSURE STATEMENT OF THE CARLYLE GROUP**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 26.1, Defendant The Carlyle Group is a trade or brand name used across a multitude of entities. Thus it is not a legal entity, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: December 13, 2019

                                              Respectfully submitted,

                                              WILLIAMS & CONNOLLY, LLP

                                              By:  /s/ *Vidya Atre Mirmira*

                                              Robert A. Van Kirk (D.C. Bar No. 430588)
                                              Vidya Atre Mirmira (D.C. Bar No. 477757)
                                              725 Twelfth Street NW
                                              Washington, D.C. 20005
                                              Telephone: (202) 434-5000
                                              Facsimile: (202) 434-5029

                                              *Counsel for The Carlyle Group and David Rubenstein*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of December 2019, a true and correct copy of the foregoing Corporate Disclosure Statement of The Carlyle Group was electronically filed with the Clerk of this Court using the Court's Electronic Case Filing System (ECF), which will electronically mail notice to the other parties of record.

      I further certify that on this 13th day of December 2019, a true and correct copy of the foregoing Corporate Disclosure Statement of The Carlyle Group was served via first-class United States mail, postage prepaid, upon the Plaintiff:

    Motanga E. Obia
    3929 Lumo Circle
    Baltimore, MD 21133

                                                     */s/ Vidya Atre Mirmira*